**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 96-6612**

_____

RUSSELL JAMES CAMPBELL,

Plaintiff - Appellant,

versus

RICHARD A. LANHAM, SR.; THOMAS R. CORCORAN,
Warden; JACK CRAGWAY, Administrative Remedy
Procedure Coordinator; ASRESAHEGN GETACHEW,
MD; CORRECTIONAL MEDICAL SERVICE; UNNAMED
STAFF,

Defendants - Appellees.

_____

**No. 96-6635**

_____

RUSSELL JAMES CAMPBELL,

Plaintiff - Appellant,

versus

RICHARD A. LANHAM, SR., Commissioner, Division
of Correction; THOMAS R. CORCORAN, Warden Doc,
Maryland Pre-Release System; ASRESAHEGN
GETACHEW, MD, M.D., Medical Director, Correc-
tional Medical Services,

Defendants - Appellees.

_____

Appeals from the United States District Court for the District of Maryland, at Baltimore. Alexander Harvey II, Senior District Judge. (CA-95-3283-H, CA-96-688-H)

Submitted: June 20, 1996           Decided: July 2, 1996

Before HALL, WILKINS, and HAMILTON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Russell James Campbell, Appellant Pro Se. John Joseph Curran, Jr., Attorney General, Wendy A. Kronmiller, Assistant Attorney General, Baltimore, Maryland; Virginia Adams Stuelpnagel, KRAMON & GRAHAM, P.A., Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's orders denying relief on his 42 U.S.C. § 1983 (1988) civil complaints. We have reviewed the records and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Campbell v. Lanham, Nos. CA-95-3283-H; CA-96-688-H (D. Md. Apr. 3 & 11, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.